**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR R. AVILA, | CASE NO. 5:16-CV-02582-JAK (SK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CYNTHIA ENTZEL, | |
| Respondent. | |

Pursuant to the Order Denying Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>June 14, 2017</u>

_____

HON. JOHN A. KRONSTADT
U.S. DISTRICT JUDGE